IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT A. KUBIAK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-6337 |
| STACEY HARRIS, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of May, 2012, after consideration of Plaintiff, Albert A. Kubiak's ("Kubiak"), Motion for Reconsideration, Defendants, Stacey Harris, Leslie Cain, and Dominic Butterline's (collectively, "Defendants"), Motion for Protective Order and Sanctions, Kubiak's Motion for Sanctions, and the numerous Responses and Replies of the parties, it is hereby **ORDERED** that:

1. Kubiak's Motion for Reconsideration (Doc. No. 13) is **DENIED**;

2. Defendants' Motion for Protective Order (Doc. No. 14) is **DENIED**;

3. Defendants' Motion for Sanctions (Doc. No. 14) is **DENIED**; and

4. Kubiak's Motion for Sanctions (Doc. No. 16) is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE